UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA EVERARD,

    Plaintiff,

v.                                                                            Case No. 11-C-168

MICHAEL J. ASTRUE,
Commissioner for Social Security Administration,

    Defendant.

## ORDER OF REMAND PURSUANT TO SENTENCE 4
## OF SECTION 205 OF THE SOCIAL SECURITY ACT

This case is before the Court pursuant to a Joint Motion for Remand to the Commissioner for Further Action filed on July 27, 2011, based on an agreement by the parties that the case should be remanded to the Commissioner for further proceedings.

**THEREFORE, IT IS HEREBY ORDERED** that this matter is remanded to the Commissioner pursuant to Sentence 4 of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the ALJ will reevaluate Plaintiff's mental residual functional capacity and whether Plaintiff could perform her past relevant work or any other work under the residual functional capacity finding. Plaintiff will have the opportunity to update the record and the ALJ will afford Plaintiff the opportunity for a new hearing. After reevaluating the evidence, the ALJ will issue a new decision regarding Plaintiff's disability application. Accordingly, the parties hereby respectfully move the Court to enter judgment under the fourth sentence of 42 U.S.C. § 405(g),

reversing the agency's decision with remand to the Commissioner for further consideration of Plaintiff's application.

**NOW, THEREFORE, IT IS ORDERED,** that the Joint Motion for Remand be granted.

**IT IS ALSO ORDERED** that the Clerk of the United States District Court is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin, this   29th   day of July, 2011.

BY THE COURT:


  s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Judge