UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA EVERARD,

        Plaintiff,

v.                                            Case No. 11-C-168

MICHAEL J ASTRUE,

        Defendant.

**ORDER**

Counsel for the plaintiff in the above matter has moved for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Counsel requests fees and costs in the total amount of $3,919.12. The documentation accompanying the motion supports the request and the government does not oppose it. Accordingly, the Court finds that the hours spent in the case as itemized in the statement submitted with the plaintiff's attorney's affidavit were reasonable and necessary to provide good representation. Plaintiff's motion is GRANTED and a fee award in the amount of $3,919.12 is entered in favor of plaintiff.

The award is to be paid to Attorney David F. Traver based upon the assignment of EAJA attorney fees executed by plaintiff.

**SO ORDERED** this   20th   day of September, 2011.

                                                         s/ William C. Griesbach
                                                         William C. Griesbach
                                                         United States District Judge